COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Jason Wayne Robideaux
Attorney at Law
412 W. University Ave., #202
Lafayette LA 70506

REHEARING ACTION: November 17, 2010

**Docket Number: 10 00935-KW**

**STATE OF LOUISIANA**
**VERSUS**
**TOBY WAYNE MATT**

**Writ Application from Cameron Parish Case No. 138701-02, 138849**

**BEFORE JUDGES:**

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Toby Wayne Matt** has this day been

**DENIED.**

cc: Hon. Cecil R. Sanner, Counsel for the Respondent
Jennifer Jones, Counsel for the Respondent